# In the United States District Court
# for the Southern District of Georgia
# Brunswick Division

| | |
|---|---|
| ANGELA FAVORS-MORRELL,<br><br>    Plaintiff,<br><br>    v.<br><br>STEVEN MNUCHIN, Secretary of<br>the Treasury,<br><br>    Defendant. | CV 200-158 |
| ANGELA FAVORS-MORRELL & TONY<br>L. MORRELL,<br><br>    Plaintiffs,<br><br>    v.<br><br>UNITED STATES OF AMERICA,<br><br>    Defendant. | CV 209-58 |
| ANGELA FAVORS-MORRELL,<br><br>    Plaintiff,<br><br>    v.<br><br>UNITED STATES OF AMERICA,<br><br>    Defendant. | CV 211-91 |
| ANGELA FAVORS-MORRELL,<br><br>    Plaintiff, | |

|                                      |                |
|--------------------------------------|----------------|
| v.                                   | CV 214-164     |
| UNITED STATES OF AMERICA,            |                |
|     Defendant.   |                |
| ANGELA FAVORS-MORRELL,               |                |
|     Plaintiff,   |                |
| v.                                   | CV 215-24      |
| UNITED STATES OF AMERICA,            |                |
|     Defendant.   |                |

**ORDER**

Before the Court are Plaintiffs' "Petition and Final Request for Department of Labor's Office of Workers Compensation Documents" and "Request for Production of Documents to the Defendants and the Honorable Chief Judge Lisa Godbey Wood." Plaintiff has filed these documents in all of the above-captioned cases.

**DISCUSSION**

After reviewing the filings, it appears Plaintiff is actually seeking to make a Freedom of Information Act request, pursuant to 5 U.S.C. § 552, to the Department of Labor, Office of Workers' Compensation Programs, regarding her previous claim(s). However, the request should be made to the agency itself, not to the Court. 29 C.F.R. § 70.19 ("To make a request

for records of the Department, whenever possible, a requester should write directly to the FOIA office of the component that maintains the records sought . . . ."). Accordingly, Plaintiffs' motions are **DENIED**.

## **CONCLUSION**

For the reasons above, in case number:

- 2:00-CV-158, dkt. nos. 135 and 136 are **DENIED;**
- 2:09-CV-58, dkt. nos. 90 and 91 are **DENIED;**
- 2:11-CV-91, dkt. nos. 66 and 67 are **DENIED;**
- 2:14-CV-164, dkt. nos. 35 and 36 are **DENIED;** and
- 2:15-CV-24, dkt. nos. 79 and 80 are **DENIED.**

**SO ORDERED**, this 18th day of May, 2018.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA